UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: **07 CV 3153**
Date Index Number Purchased: **04/19/2007**

| Plaintiff/Petitioner: | DANA MILONE, AN INFANT UNDER THE AGE OF EIGHTEEN YEARS, BY HER FATHER AND NATURAL GUARDIAN, LOUIS MILONE |
|---|---|
| Defendant/Respondent: | THE COUNTY OF DUTCHESS and DEPUTY SHERIFF, AARON R. MALONE |

STATE OF NEW YORK
COUNTY OF ORANGE    ss.:

**CATHERINE EDWARDS**, The undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen years and not a party to this action. I reside within the State of New York and that;

On **06/08/2007** at **11:31 AM**, I served the within **SUMMONS IN A CIVIL CASE AND COMPLAINT, NOTICE OF REQUIREMENT TO SUBMIT A SCHEDULING ORDER, CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER, JUDGES INDIVIDUAL PRACTICES, INSTRUCTIONS AND PROCEDURES FOR FILING AN ELECTRONIC CASE** on **DEPUTY SHERIFF, AARONE MALONE** at **150 NORTH HAMILTON STREE c/o DUTCHESS COUNTY SHERIFF, Poughkeepsie, NY 12601** in the manner indicated below:

☑ **PUBLIC AGENCY:** By serving **ROBERT A. MONACO, AUTHORIZED PERSON** of the above named agency. So served and authorized to accept service.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Black | 35–49 | 5'4"–5'8" | Over 200lbs |
| Other features: | | | | | |

Comments: **IN ADDITION A COPY WAS MAILED TO THE DEFENDANT BY REGULAR FIRST CLASS MAIL IN AN ENVELOPE MARKED "PERSONAL AND CONFIDENTIAL" ON JUNE 11, 2007.**

Sworn to and subscribed before me this ___ day of _____, 20__
by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

TARA GENTILE
Notary Public, State Of New York
Qualified In Orange County
Registration # 01GE6090838
Commission Expires April 21, 2011

X_____
CATHERINE EDWARDS
American-Process-Servers.com, Inc.
1662 Route 300, Suite 153
Newburgh, NY 12550
800.791.5872
Atty File#:  Our Job#: 18208

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | June 8, 2007 |
| NAME OF SERVER (PRINT) Catherine Edwards | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Robert A. Monaco as an Authorized Person at 150 North Hamilton Street c/o Dutchess County Sheriff, Poughkeepse, NY 10940

☐ Returned unexecuted: _____

☐ Other (specify): In addition a copy was mailed to the defendant by regular first class mail in an envelope marked "PERSONAL AND CONFIDENTIAL" on June 11, 2007.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 11, 2007
              Date

Signature of Server
Catherine Edwards

Address of Server

**APS**
**Route 300 Professional Building**
**1662 Route 300, Suite 153**
**Newburgh, NY 12550**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.