UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

DANA MILONE, an infant under the age of
eighteen years, by her father and natural guardian,   07-CV-3153 (SCR)
LOUIS MILONE,

                                         **NOTICE OF CHANGE OF**
       Plaintiff,                         **LAW OFFICE ADDRESS**

-against-

THE COUNTY OF DUTCHESS and DEPUTY
SHERIFF AARON R. MALONE,

       Defendants.
_____x


TO THIS HONORABLE COURT AND COUNSEL HEREIN:

PLEASE TAKE NOTICE that the law office of Cobb & Cobb has moved.  Our new address is:

      **COBB & COBB**
      **724 Broadway**
      **Newburgh, NY  12550**
      **Telephone:  (845) 351-5612**
      **Fax:  (845) 565-1035**
      **email:  cobblaw@aol.com**


DATED:    Newburgh, NY
             June 13, 2007                            COBB & COBB

                                         By:  _____
                                                JOHN COBB (JC 9884)
                                                Attorneys for plaintiff
                                                724 Broadway
                                                Newburgh, NY  12550
                                                (845) 351-5612